**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALEJANDRO BRIGIDO HERNANDEZ,

Defendant

Case No.: 3:26-cr-3250-BTM-1

**ORDER DENYING UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE**

The Government has moved to dismiss the indictment without prejudice. The Defendant does not oppose. But Rule 48(a) requires leave of the court which entails a reason and good cause for the dismissal. Here, the Government only states: "On further review of the evidence, the U.S. has determined it will no longer pursue prosecution in this matter." That begs the question and does not disclose the reason. Therefore, the motion to dismiss is DENIED without prejudice.

IT IS SO ORDERED.

DATED: August 20, 2026

Barry Ted Moskowitz

HONORABLE BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE